Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,           )
                                        )
          Plaintiff,       vs.          )   Case No.: 8:13-CV-01907-WDK-PLA
                                        )
SANA O ZATAR, et al,                    )   **RENEWAL OF JUDGMENT BY CLERK**
                                        )
          Defendant,                    )
                                        )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Sana O. Zatar, an individual dba Lava Lounge and Petra Cafe entered on September 26, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 3,830.00 |
| b. | Costs and fees after judgment | $ 0.00 |
| c. | Subtotal *(add a and b)* | **$ 3,830.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | **$ 3,830.00** |
| f. | Interest after judgment (.12%) | $ 35.42 |
| g. | Fee for filing renewal of application | $ 0.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | **$ 3,865.42** |

Dated: June 7, 2024                     CLERK, by Deputy _Sharon Hall Brown_

Renewal of Judgment